# EXHIBIT B

**EXHIBIT B**
Claim Chart '776 Patent

| Claim | Scythe Mower |
|---|---|
| 1. A method of defining an area of confinement for an autonomous robot comprising; | To the extent the preamble is limiting, using the Scythe mower comprises a method of defining an area of confinement for an autonomous robot. The Scythe video explains you "just map the property once" to define an area to be mowed by the robot. See Introducing Scythe video https://www.youtube.com/watch?v=qrS_TfJfXKA at 0:00-0:24 |
| a) positioning the autonomous robot at a starting point $P_0$ and recording the starting Point $P_0$ as a reference point within a memory device of the autonomous robot; | The step of positioning the autonomous robot at a starting point $P_0$ and recording the starting Point $P_0$ as a reference point within a memory device of the autonomous robot is performed by the Scythe mower. Scythe videos explain the mower is positioned at a starting position to be driven by a user and the mower records the starting point as a reference in its memory. See https://www.youtube.com/watch?v=qrS_TfJfXKA at 0:24. The founder of the company also states we have computers on the robot, need enough compute to operate the way we want, and the robot processes all of the inputs. https://www.youtube.com/watch?v=uEOAXJVuOMc&t=539s at 7:44-7:55, 8:45-9:11, and 9:20. Also disclose Advanced AI on board.  https://Scytherobotics.com/mower. https://www.youtube.com/watch?v=6j-4Q9EZxWU shows mapping an area and then starting |

4894-7674-4195.1

| Claim | Scythe Mower |
|---|---|
| | the more at a starting point Po.<br><br> |
| b) moving the autonomous robot from the starting point $P_0$ about a perimeter of the area of confinement in a desired direction, wherein said movement of the autonomous robot is controlled by a user; | The step of moving the autonomous robot from the starting point $P_0$ about a perimeter of the area of confinement in a desired direction, wherein said movement of the autonomous robot is controlled by a user is performed by the Scythe mower. See Introducing Scythe video https://www.youtube.com/watch?v=qrS_TfJfXKA at 0:19-24 and https://www.youtube.com/watch?v=uEOAXJVuOMc&t=539s at 9:40-9:49. In the videos, the driver is driving the robot in a closed loop about the property to define the area of confinement. See also https://www.youtube.com/watch?v=6j-4Q9EZxWU. |

| Claim | Scythe Mower |
|---|---|
| |  |
| c) continuously tracking location of the autonomous robot relative to the reference point $P_0$ during said movement using a distance-traveled measuring mechanism and a directional indicating instrument: | The step of continuously tracking location of the autonomous robot relative to the reference point $P_0$ during said movement using a distance-traveled measuring mechanism and a directional indicating instrument is performed by the Scythe mower. The robot has information from wheel odometry, GPS, accelerometer, gyrometer, and more as inputs to track its location. See  https://www.youtube.com/watch?v=uEOAXJVuOMc&t=539s at 9:00-9:25. |

| Claim | Scythe Mower |
|---|---|
| d) recording the tracked location of the autonomous robot as a map in the memory device; and | The step of recording the tracked location of the autonomous robot as a map in the memory device is performed by the Scythe mower. As seen in https://www.youtube.com/watch?v=qrS_TfJfXKA at 0:20-0:30, the user must "just map the property once" and the blue line in the image is actual Scythe data showing a map in the memory of the mower. See also https://www.youtube.com/watch?v=6j-4Q9EZxWU and https://scytherobotics.com/tech.<br><br> |
| e) upon detecting that the map includes a closed-geometry, defining the closed-geometry as the perimeter of the area of confinement within the memory device; | The step of upon detecting that the map includes a closed-geometry, defining the closed-geometry as the perimeter of the area of confinement within the memory device is performed by the Scythe mower. The Scythe video https://www.youtube.com/watch?v=qrS_TfJfXKA at 0:24 shows a closed geometry as a perimeter detected on the map in the robot's memory to define the area of confinement in the mower's memory. Once the loop is completed, the Scythe robot works on its own in the area of confinement. *See id*. at 0:30-35. The video https://www.youtube.com/watch?v=uEOAXJVuOMc&t=539s at 9:40-10:14 also shows that the first time the mower gets to a job site, the landscaper mows the perimeter of the area to define the area to be mowed, the mower determines stripe patterns, and the mower then mows the defined area. |

| Claim | Scythe Mower |
|---|---|
| |  |
| f) wherein the area of confinement, is defined without marking the perimeter of the area of confinement with a physical barrier | The Scythe mower's area of confinement is defined without marking the perimeter of the area of confinement with a physical barrier. See Scythe video https://www.youtube.com/watch?v=uEOAXJVuOMc&t=539s at 7:38 and 8:50 explaining that with the Scythe mower an underground guide wire is a thing of the past. |

| Claim | Scythe Mower |
|---|---|
| 9. The method of claim 1 wherein the autonomous robot is a lawn mower and the area of confinement surrounds a yard. | The Scythe video shows the autonomous robot is a lawn mower and the area of confinement is a yard. https://www.youtube.com/watch?v=qrS_TfJfXKA<br><br> |